■ RANDY S. MCCLELLAND, Individually and as Administrator of the Estate of JOANNE E. MCCLELLAND, Deceased, Respondent, v GREGORY L. PALMER et al., Individually and Doing Business as PALMER FARMS, Respondents, and TELMARK, INC., Appellant. RANDY S. MCCLELLAND, Individually and as Administrator of the Estate of ALEASHA R. MCCLELLAND, Deceased, Respondent, v GREGORY L. PALMER et al., Individually and Doing Business as PALMER FARMS, Respondents, and TELMARK, INC., Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs as moot. Memorandum: The Court takes judicial notice of the fact that a stipulation

discontinuing the action has been filed in the Niagara County Clerk's Office. Thus, this appeal is moot. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Protective Order; Renewal.) Present—Callahan, J. P., Green, Balio, Fallon and Davis, JJ.